UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
FEB 17 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>Patricio Armando Ruiz-Revilla,<br><br>                Defendant. | CASE NO. 08CR4364-W<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_   the Court has dismissed the case for unnecessary delay; or

\_\_\_   the Court has granted the motion of the Government for dismissal; or

\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense of: <u>21 USC 952 & 960.</u>

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/17/09

_____
Thomas J. Whelan
UNITED STATES DISTRICT JUDGE